Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
 910 Main St. Suite 358C
Boise, ID 83702
P: 314-322-7639
F: 208-429-8233
Email: barkley@barkleysmithlaw.com

Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
Email: ryanballardlaw@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DEIDA DIAZ,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>ACTION COLLECTION SERVICE, INC.,<br><br>　　　　　　Defendant. | Case No.<br><br>**COMPLAINT**<br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

COMES NOW, Plaintiff Deida Diaz, by and through her counsel of record, Barkley B. Smith of Barkley Smith Law, PLLC and Ryan A. Ballard of Ballard Law, PLLC, and allege her causes of action against Defendant as follows:

## INTRODUCTION

1. This is an action for damages brought by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 USC § 1692 *et. Seq.* ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff demands a jury trial on all issues so triable.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 15 USC § 1692k (d) because the illicit collection activity was directed at Plaintiff in Canyon County, Idaho.

4. Venue is proper in this district under 28 U.S.C. § 1391(b).

## PARTIES

5. Plaintiff is a natural person currently residing in Canyon County, Idaho.

6. Plaintiff is a "consumer" within the meaning of the FDCPA, 15 U.S.C. § 1692a(3).

7. The debt Mrs. Diaz owes arises out of a personal, family, or household transaction(s).

8. Specifically, Ms. Diaz believes the debt is the result of a credit card bill from Idaho First Central Bank.

9. Action Collection Services, Inc. is an Idaho corporation in the business of collecting debts, with its corporate address as 1325 Vista Ave., Boise, Idaho 83705.

10. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant is a "debt collector" as defined by FDCPA, 15 U.S.C. § 1692a(6).

## GENERAL ALLEGATIONS

11. Defendant's collection activity of which Plaintiff complains occurred within the previous twelve (12) months.

12. Defendant's collection activity consisted of telephone calls to Plaintiff's cell phone.

13. Mrs. Diaz received voicemails from Action Collection Services, Inc. on October 12, 2015, October 19, 2015 and October 26, 2015.

14. In said voicemails, Action Collection Services, Inc. failed to notify Mrs. Diaz the communication was from a debt collector.

## COUNT I: VIOLATION OF THE FDCPA

15. Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

16. Action Collection Services, Inc. left several voicemails on Mrs. Diaz's cell phone and failed to communicate the call was from a debt collector.

17. Defendant's conduct is in direct violation of 15 U.S.C. § 1692e(11) which requires debt collectors to "disclose in subsequent communications that the communication is from a debt collector".

**WHEREFORE,** Plaintiff respectfully requests that judgment be entered against Defendant as follows:

A. Judgment that Defendant's conduct violated the FDCPA;

B. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

C. Statutory damages of $1,000.00 pursuant to 15 U.S.C. 1692k(a)(2)(A);

D. Reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3);

E. Release of the alleged debt.

Respectfully submitted by,

/s/_Barkley Smith_____

BARKLEY B. SMITH
Barkley Smith Law, PLLC

Case 1:15-cv-00558-BLW Document 1 Filed 12/01/15 Page 4 of 4