Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
 910 Main St. Suite 358C
Boise, ID 83702
P: 314-322-7639
F: 208-429-8233
Email: barkley@barkleysmithlaw.com

Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
Email: ryanballardlaw@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DEIDA DIAZ,<br><br>        Plaintiff,<br>    vs.<br><br>ACTION COLLECTION SERVICE, INC.,<br><br>        Defendant. | Case No. 1:15-cv-558-BLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

COMES NOW, Plaintiff Deida Diaz, by and through her attorneys of record, Barkley B. Smith

of Barkley Smith Law, PLLC, and Ryan A. Ballard of Ballard Law, PLLC and hereby

voluntarily dismisses with prejudice the above-above entitled action against Action Collection

Services, Inc.. Plaintiff gives this notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted by,

/s/ Barkley Smith

BARKLEY B. SMITH
Barkley Smith Law, PLLC